# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROBINSON LUIS CORDERO,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:11-cv-1692-Orl-19DAB**

**READINESS MANAGEMENT SUPPORT
LC, IAP WORLDWIDE SERVICES INC.,**

        **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO CONTINUE OR DENY SUMMARY JUDGMENT (Doc. No. 51)**
>
> **FILED:** July 11, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

The suit has been pending for over a year, and the parties have been free to commence discovery since at least October 2011 (*See* Doc. Nos. 9 and 18). Although Plaintiff states that he has been trying to schedule depositions for four months, Defendant made its initial disclosures of witnesses in November 2011 (Doc. No. 51-2), and there is no showing that Plaintiff was prevented from serving Notices or subpoenas with regard to depositions, as contemplated by the Federal Rules. Nor is there any record of Plaintiff filing a motion to compel or similar motion seeking the Court's assistance, if Plaintiff felt Defendants were being uncooperative. Therefore, to the extent Plaintiff

seeks a denial or continuance of the motion for summary judgment on the grounds that Plaintiff has been inappropriately denied discovery, it is **respectfully recommended** that the motion be **denied.** As Plaintiff has since filed a response to the motion for summary judgment (Doc. No. 53) and the response references the need for more discovery, the recommended denial of the instant motion is **without prejudice** to the District Court's consideration of Plaintiff's professed need for additional discovery in its consideration of the summary judgment motion, pursuant to Federal Rule 56(d) and (e), Fed. R. Civ. Pro. (2012).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 30, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy